# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Patrick Sala individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Personnel Services LLC,<br><br>    Defendant. | **ORDER**<br><br>Case No. 1:21-cv-111 |

On May 14, 2021, Plaintiff filed the instant action, alleging that he and a group of similarly situated employees were not paid all overtime premium pay owed under the Fair Labor Standards Act.

On November 22, 2021, the court issued an a order to show cause. (Doc. No. 8). Later that same day Plaintiff filed a "Notice of Settlement and Agreed Motion for State of Case Pending Submission of Papers, and Response to Show Cause." (Doc. No. 9). He advises that the parties have reached a tentative settlement in Sala v. Horizon Oilfield Services, LLC, Case 1:21-cv-110 DLH-CRH (D.N.D), which will in all likelihood resolves the claims in this case. He requests that this case be stayed pending funding of the settlement approved by the Court in Sala v. Horizon Oilfield Services, LLC, Case No. 1:21-cv-110 DLH-CRH (D.N.D).

The court **GRANTS** Plaintiff's motion (Doc. No. 9). This case is stayed pending funding of the settlement approved by the Court in Sala v. Horizon Oilfield Services, LLC, Case 1:21-cv-00110-DLH-CRH (D.N.D), and submission of dismissal papers in this case.

**IT IS SO ORDERED.**

Dated this 23rd day of November, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court