IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| PATRICK SALA individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:21-cv-00111-DLH-CRH |
| v. | § § | JURY TRIAL DEMANDED |
| PERSONNEL SERVICES LLC | § § § | COLLECTIVE AND CLASS ACTION |
| Defendant. | § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Patrick Sala and Defendant Personnel Services LLC hereby stipulate and agree that they have resolved all claims asserted in this case and that this action and all claims contained in this matter should be dismissed with **prejudice**, with no award of costs or attorneys' fees.

Respectfully submitted,

By:   /s/ Ricardo J. Prieto
Melinda Arbuckle
State Bar No. 24080773
marbuckle@eeoc.net
Ricardo J. Prieto
State Bar No. 24062947
rprieto@eeoc.net
Taneska Jones
State Bar No. 24106151
tjones@eeoc.net
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF AND
PUTATIVE COLLECTIVE ACTION
MEMBERS

– and –

By: */s/ Ross Keogh*
Ross Keogh
State Bar ID 08355
Parsons Behle and Latimer
127 East Main Street, Suite 301
Missoula, Montana 59802
Telephone: (406) 317-7220
Facsimile: (801) 536-6111
RKeogh@parsonsbehle.com

ATTORNEYS FOR DEFENDANT
PERSONNEL SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be served on all parties by operation of the Court's Electronic Filing System.

*/s/ Ricardo J. Prieto*
Ricardo J. Prieto