## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Patrick Sala, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | |
| Personnel Services LLC, | ) ) | Case No. 1:21-cv-111 |
| Defendant. | ) | |

Before the Court is a "Joint Stipulation of Dismissal with Prejudice" filed on February 23, 2022.  See Doc. No. 11.  The Court **ADOPTS** the stipulation in its entirety (Doc. No. 11) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2022.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court

1